# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID SILLS AND MARY SILLS,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:24-mc-1645 AMM |
| | ) |
| **SOUTHERN BAPTIST CONVENTION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH AND FOR SANCTIONS

Any response to the motion to quash and motion for sanctions filed by R. Bruce Barze, Jr., and Barze Taylor Noles Lowther LLC, Doc. 1, is due within twenty-one days of the date of this order. Reply is due within fourteen days of the date that the response is filed.

**DONE** and **ORDERED** this 6th day of December, 2024.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE