# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: SUBPOENAS SERVED, ) | |
| UPON BRUCE BARZE AND ) | |
| BARZE TAYLOR NOLES ) | Case No: 2:24-mc-01645-AMM |
| LOWTHER LLC (DAVID AND ) | UNOPPOSED |
| MARY SILLS vs. SOUTHERN ) | |
| BAPTIST CONVENTION, et al., ) | |
| N.D. Tenn., No. 3:23-cv-00478), ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

COME NOW plaintiffs David and Mary Sills ("Plaintiffs"), without waiving any defenses or arguments, and hereby respectfully request that the Court extend the briefing schedule for the Motion to Quash and for Sanctions (Doc. 1) by two weeks. In support, Plaintiffs state as follows:

1. R. Bruce Barze, Jr. and Barze Taylor Noles Lowther LLC ("Movants") filed a Motion to Quash and for Sanctions on November 26, 2024. Doc. 1.

2. On December 6, the Court set a briefing schedule ordering that any response to the Motion be filed on or before December 27, 2024 and any reply be filed on or before January 10, 2025. Doc. 2.

3. The undersigned counsel conferred with Movants, and they do not oppose extending the briefing schedule by two weeks.

4. Should this Court grant the requested extension, Plaintiffs' response to the Motion would be due on January 10 and Movants' reply would be due on January

1

24, 2025.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the briefing schedule for the Motion to Quash and for Sanctions by two weeks.

Respectfully submitted,

/s/ Bruce F. Rogers
Bruce F. Rogers (ASB-2675-E66B)
Elizabeth N. Terenzi (ASB-1139-G40M)
Attorneys for Plaintiffs David and Mary Sills

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Ste. 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
Email: brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2024, I electronically filed the foregoing and served a copy of the foregoing on the following counsel of record:

R. Bruce Barze, Jr.
M. Todd Lowther
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
bbarze@btnllaw.com
tlowther@btnllaw.com

                    */s/ Bruce F. Rogers*
                    Of Counsel