# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: SUBPOENAS SERVED, ) | |
| UPON BRUCE BARZE AND ) | |
| BARZE TAYLOR NOLES ) | Case No: 2:24-mc-01645-AMM |
| LOWTHER LLC (DAVID AND ) | UNOPPOSED |
| MARY SILLS vs. SOUTHERN ) | |
| BAPTIST CONVENTION, et al., ) | |
| N.D. Tenn., No. 3:23-cv-00478), ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

COME NOW plaintiffs David and Mary Sills ("Plaintiffs"), without waiving any defenses or arguments, and hereby respectfully request that the Court extend the briefing schedule for the Motion to Quash and for Sanctions (Doc. 1). In support, Plaintiffs state as follows:

1. R. Bruce Barze, Jr. and Barze Taylor Noles Lowther LLC ("Movants") filed a Motion to Quash and for Sanctions on November 26, 2024. Doc. 1.

2. On January 9, the Court granted Plaintiffs' Second Unopposed Motion for Extension of Briefing Schedule. Doc. 6. Plaintiffs' response to the Motion to Quash and for Sanctions is currently due on January 30, and Movants' reply is due on February 13, 2025. *Id.*

3. Plaintiffs and Movants participated in an initial meet and confer regarding the information requested in the subpoena and made significant progress. They plan to continue discussions in the coming days.

4. Plaintiffs therefore respectfully request that the Court again extend the briefing schedule by 14 days to allow Plaintiffs and Movants time to confer. If the Court grants the requested relief, Plaintiffs' response would be due on February 13, and Movants' reply would be due on February 27, 2025.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the briefing schedule for the Motion to Quash and for Sanctions by 14 days.

Respectfully submitted,

/s/ Bruce F. Rogers
Bruce F. Rogers (ASB-2675-E66B)
Elizabeth N. Terenzi (ASB-1139-G40M)
Attorneys for Plaintiffs David and Mary Sills

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Ste. 415
Birmingham, Alabama 35223
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
Email:      brogers@bainbridgemims.com
            bterenzi@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2025, I electronically filed the foregoing and served a copy of the foregoing on the following counsel of record:

R. Bruce Barze, Jr.
M. Todd Lowther
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
bbarze@btnllaw.com
tlowther@btnllaw.com

                                     */s/ Bruce F. Rogers*
                                     Of Counsel